562

438 A.2d 633

Souderton Shopping Center, Appellant, v. Acme markets.

Argued December 4, 1980. Peter F. Baughman, for appellant; Scott D. Patterson, for appellee.

Before SPAETH, BROSKY and HOFFMAN, JJ.

The order of the lower court is hereby affirmed.

438 A.2d 634

Steele et ux. v. R. D. Baughman Coal, Co., Appellant.

Argued November 11, 1980. Stuart J. Horner, Jr., for appellant; R. Thomas Strayer, for appellees.

Before HESTER, BROSKY and VAN der VOORT, JJ.

Judgment affirmed.